[No. 69452-9-I.   Division One.   May 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND ROSARRO ABITIA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-1-00617-7, Ira Uhrig, J., entered September 25, 2012. *Reversed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Lau, J.

[No. 69801-0-I.   Division One.   May 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY DELAVONE HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01798-5, Ellen J. Fair, J., entered January 3, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 69934-2-I.   Division One.   May 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY JAMES THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01383-3, Michael T. Downes, J., entered March 5, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 70118-5-I.   Division One.   May 27, 2014.]

OM ENTERPRISES V LLC ET AL., *Appellants*, v. KAMAL TANDON ET AL., *Defendants*, SHIVANCHAL ENTERPRISES LLC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-09768-2, Richard T. Okrent, J., entered January 23, 2013. *Reversed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Cox, J.